**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-CV-81773-MIDDLEBROOKS

SHANNON THOMPSON, in her individual capacity
and as Personal Representative of the
ESTATE OF STANLEY DAVIS, III, deceased, and
STANLEY DAVIS, JR., in his individual capacity,

Plaintiffs,

v.

CITY OF BOYNTON BEACH; and
MARK SOHN, Police Officer, in his
individual capacity,

Defendant.
_______________________________________/

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

THIS CAUSE comes before the Court *sua sponte*. For the following reasons, this case is dismissed without prejudice.

On January 30, 2023, Plaintiffs' attorneys moved to withdraw as counsel of record. (DE 33). On January 31, 2023, I entered an Order granting Plaintiffs' attorneys' Motion to Withdraw. (DE 34). In that Order, I set a deadline of February 21, 2023, for Plaintiffs to secure new counsel or inform the Court of their intention to proceed *pro se*. (*Id.* at 2). I reset Plaintiffs' response deadline to Defendants' Motions to Dismiss (DE 31; DE 32) to two weeks after the appearance date of new counsel or Plaintiffs' notice to the Court of their decision to proceed *pro se*. I cautioned Plaintiffs that "failure to comply with this deadline may result in dismissal of this action for failure to prosecute and/or failure to comply with court orders." (*Id.*). Lastly, I directed counsel to serve a copy of the January 31 Order on Plaintiffs, which they did on February 3, 2023. (DE 35; DE 36).

On February 21, 2023, Plaintiffs, *pro se*, moved for a 30-day extension of time to obtain new counsel. (DE 42). On February 23, 2023, I granted the 30-day extension and reset the deadline to March 21, 2023. (DE 43). The Clerk of Court mailed a copy of the February 23 Order to Plaintiffs' last known addresses. (DE 44). Plaintiffs did not file anything by the new deadline. Accordingly, on March 28, 2023, I ordered Plaintiffs to show cause on or by March 31, 2023, why this case should not be dismissed for failure to prosecute. (DE 45). A copy of the March 28 Order was mailed to Plaintiffs. To date, Plaintiffs have not filed anything in response.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). As such, "[t]he court may dismiss a claim if the plaintiff fails to prosecute it *or* comply with a court order." *Id.* (citing Fed. R. Civ. P. 41(b)) (emphasis added). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Id.* (citation omitted). However, "[d]ismissal of a case with prejudice under Rule 41(b) is a sanction of last resort, applicable only in extreme circumstance," such as when the record evinces a pattern of "willful contempt and an implicit or explicit finding that lesser sanctions would not suffice." *McIntosh v. Gauthier*, 182 F. App'x 884, 886 (11th Cir. 2006) (quoting *Gratton v. Great Am. Commc'ns,* 178 F.3d 1373, 1374 (11th Cir.1999)) (internal quotation marks omitted).

Here, I find that Plaintiffs have failed to prosecute their case *and* comply with the Court's Orders (DE 43; DE 45). However, the record does not present an extreme case of willful contempt meriting dismissal with prejudice. Instead, I will dismiss Plaintiffs' First Amended Complaint (DE 24) *without* prejudice.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiffs First Amended Complaint (DE 24) is **DISMISSED WITHOUT PREJUDICE.**
2. The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**SIGNED** in Chambers at West Palm Beach, Florida this 11 day of April, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Honorable William Matthewman

Counsel of Record

Shannon Thompson
1025 Gateway Blvd., Unit 303-171
Boynton Beach, FL 33425

Stanley Davis, Jr.
832 NW 8th Ave.
Boynton Beach, FL 33426.